# United States Bankruptcy Court
**District of New Jersey**

In re  **Gary E Fox**  
                Debtor(s)

Case No.  **12-34558**  
Chapter  **7**

## VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: **October 22, 2012**

**/s/ Gary E Fox**  
**Gary E Fox**  
Signature of Debtor

```
American Express
PO Box 297871
Fort Lauderdale, FL 33329-7871


American Express
PO Box 297871
Fort Lauderdale, FL 33329


Assistant Attorney General
Department of Justice, Tax Division
Civil Trial Section, Eastern Region
PO Box 227, Ben Franklin Station
Washington, DC 20044


Blair & Elizabeth O'Connor
20 H Ward Ave
Rumson, NJ


Capital One
PO Box 30285
Salt Lake City, UT 84130-0285


Internal Revenue
Special Procedures
PO Box 724
Springfield, NJ 07081


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
Attn:  Special Procedures
955 South Springfield Avenue
PO Box 724, Bldg. A, 3rd Floor
Springfield, NJ 07081


Internal Revenue Service
1111 Constitution Ave., N.W.
Washington, DC 20224


Thomas Orr, Esquire
Chapter 7 Trustee for Mary Lou Parsons
321 High Street
Burlington, NJ 08016
```

```
Toyota Motor Credit Corporation
c/o National Bankruptcy Services
9441 LBJ Freeway, Suite 250
Dallas, TX 75243


United States Attorney
970 Broad Street, 5th Floor
Newark, NJ 07102
```